IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JANICE M. GABBARD : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02-cv-00485 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| USF HOLLAND MOTOR, INC. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Plaintiff's Objections to the Report and Recommendation (doc. 39) are OVERRULED. The Report and Recommendation (doc. 36) is ADOPTED IN IT'S ENTIRETY. The defendant's Motion for Summary Judgment (doc. 19) is GRANTED. The Clerk is instructed to enter judgment in favor of Defendant USF Holland Motor, Inc. And to remove the case from this Court's docket.

10/1/03                                                                         Kenneth Murphy, Clerk

                                                                                        s/Kevin Moser
                                                                                        Kevin Moser
                                                                                        Deputy Clerk