10-14-03

In the United States District Court
For the Southern District of Ohio
Western Division

Janice M Gabbard
    Plaintiff

civil action
C1-02-485

vs.

USF Holland Inc.
    Defendant

<u>Motion to Appeal to 6th Circuit Court of appeals</u>

Plaintiff, Janice M Gabbard, hereby wishes to appeal the decision of Judge S. Arthur Speigel to the 6th Circuit Court of Appeals.

Plaintiff pleads that justice was not served by granting Defendants Summary Judgement.

Plaintiff pleads that the granting of Summary Judgement in favor of Defendant was based on false information provided by the defendent and their attorneys.

Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's appeal to the 6th District Court has been served by regular US Mail, postage prepaid, upon Schottenstein, Zox and Dunn at P.O. Box 165020, Columbus, Oh 43216-5020, this 14th day of October 2003

Janice M Goodard

Therefore, Plaintiff wishes to proceed with this action by appealing to the 6th Circuit Court of Appeals.

Sincerely,

Janice M Gabbard