10-14-03

United States District Court
Southern District of Ohio
Western Division

Motion to Appeal to the 6th
District Court of Appeals
"in forma pauperis"

Janice M Goddard
    Plaintiff

civil action
CI 02-485

vs.
USF Holland motor
    Defendant

Plaintiff requests the court to allow the Plaintiff to proceed in this matter "in forma pauperis". The Plaintiff is unable to work due to a mental disability and has income of only $115.00 per month in disability assistance income from the State of Ohio.

Sincerely,
Janice M Goddard

Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion to proceed to the 6th Circuit Court of appeals in this action "In forma pauperis" has been served by regular US mail, postage prepaid, upon Schottenstein, Zox and Dunn at PO Box 165020, Columbus, OH 43216-5020 this 14th day of October, 2003.

Janice M Goobaree