## TRANSMISSION FORM

| | |
|---|---|
| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No: 1:02cv0485 | Court of Appeals Case No: 03-4392 |
| SHORT CAPTION | |
| * JANICE M. GABBARD | Case Manager: TERESA BERTKE |
| Plaintiff/Petitioner | Date Filed: |
| vs. | |
| USF HOLLAND MOTOR, INC. | **FILED** |
| Defendant/Respondent | OCT 2 8 2003 |
| 871 Hanson Drive Cincinnati, Ohio 45240 | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: S. Arthur Spiegel | Anything That Needs Special Attention |
| Court Reporter(s): | Notice of Appeal (doc.#44) appealing Order (doc.#42) & Judgment (doc.#43) entered on October 1, 2003. |
| From Deputy Clerk: Arthur Hill | |
| Date: October 16, 2003 | |
| $105.00 Appeal Filing Fee Paid?  NO | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)   Volume(s)        **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: KENNETH J. MURPHY
United States District Court

03 OCT 29 AM 11:52 FILED KENNETH J. MURPHY CLERK