UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

04 NOV 24 AM 11:51

No: 03-4392

Filed: November 23, 2004

JANICE M. GABBARD

    Plaintiff - Appellant

1:02 CV 485

    v.

USF HOLLAND MOTOR

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 11/1/04 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk